Fill in this information to identify your case:

Debtor 1 __Pamela__ _____ __Thomas-Buchanan__
　　　　　First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) _____ _____ _____
　　　　　First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Eastern District of Virginia__

Case number
(if known) _____

Official Form 119

## Bankruptcy Petition Preparer's Notice, Declaration, and Signature　　　　12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 3. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Part 1: Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
   what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer _____ __Yarelis Rivera__ _____ has notified me of
　　　　　　　　　　　　　　　Name
any maximum allowable fee before preparing any document for filing or accepting any fee.

X _Pamela A. Thomas-Buchanan_ (signature)　　　　Date __01/29/2022__
Signature of Debtor 1 acknowledging receipt of this notice　　　　　　MM/ DD/ YYYY

Date __01/30/2022__
　　　MM/ DD/ YYYY

Official Form 119　　　Bankruptcy Petition Preparer's Notice, Declaration, and Signature　　　page 1

Debtor 1  **Pamela** _____ **Thomas-Buchanan** _____  Case number *(if known)* _____
         First Name   Middle Name   Last Name

## Part 2: Declaration and Signature of the Bankruptcy Petition Preparer

**Under penalty of perjury, I declare that:**

☒ I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;

☒ I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

☒ if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

| Yarelis Rivera | | My Document Prep |
|---|---|---|
| Printed name | Title, if any | Firm name, if it applies |

13501 NW 3rd Street 101
Number    Street

Pembroke Pines, FL 33028                (407) 516-4195
City             State    ZIP Code       Contact phone

**I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:**
*(Check all that apply.)*

☑ Voluntary Petition (Form 101)
☑ Statement About Your Social Security Numbers (Form 121)
☑ Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)
☑ Schedule A/B (Form 106A/B))
☑ Schedule C (Form 106C)
☑ Schedule D (Form 106D)
☑ Schedule E/F (Form 106E/F)
☑ Schedule G (Form 106G)
☑ Schedule H (Form 106H)

☑ Schedule I (Form 106I)
☑ Schedule J (Form 106J)
☑ Declaration About an Individual Debtor's Schedules (Form 106Dec)
☑ Statement of Financial Affairs (Form 107)
☐ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)
☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
☐ Chapter 7 Means Test Calculation (Form 122A-2)

☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
☑ Application to Pay Filing Fee in Installments (Form 103A)
☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B)
☑ A list of names and addresses of all creditors (creditor or mailing matrix)
☑ Other _Creditor Matrix Verification_

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

X _/s/ (signature)_ _____   5 9 6 - 2 4 - 8 5 2 2    Date    01/29/2022
Signature of bankruptcy petition preparer or officer, principal, responsible   Social Security number of person who signed    MM/ DD/ YYYY
person, or partner

_____Yarelis Rivera_____
Printed name